MANSTIN ENGINEERING CORPORATION, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 24353-A.)

Argued April 21, 1942; decided May 28, 1942.

*Morton Lexow* and *Alton W. Teale* for appellant.

*John J. Bennett, Jr., Attorney-General (Burns F. Barford, Henry Epstein* and *James H. Glavin, Jr.,* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.